# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Caroline Kim**

Street Address: **444 West Ocean Blvd. Ste.800 Long Beach, CA 90802**

Filer's Telephone No.: **562-279-7924**

Atty Name (if applicable): **Caroline Kim**

CA Bar No. (if applicable): **249190**

Atty Fax No. (if applicable): **562-279-7925**

In re:
**Robert Lifson**
**Toni Lee Black**

Case No. **2:13-bk-28666**
Chapter **13**

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☐    C ☐    D ☒    E ☐    F ☒    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐         Statement of Financial Affairs ☐

Statement of Intention ☐                            Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Robert Lifson and Toni Lee Black**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **July 30, 2013**

/s/ Robert Lifson
Robert Lifson
*Debtor Signature*

/s/ Toni Lee Black
Toni Lee Black
*Co-Debtor Signature*

**FOR COURT USE ONLY**

**\*\*SEE REVERSE SIDE\*\***

B-1008 *Revised November 2011*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  July 31, 2013                        Denise Sanchez
                                             Print or Type Name

                                             /s/ Denise Sanchez
                                             Signature

(SEE ATTACHED MAILING LIST.)

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Caroline Kim<br>Kim Law Goup, P.C.<br>444 West Ocean Blvd. Ste.800<br>Long Beach, CA 90802<br>562-279-7924  Fax: 562-279-7925<br>249190<br>☒ Attorney for Debtor(s): | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Robert Lifson
Toni Lee Black
                                   Debtor(s).

CASE NO.:
CHAPTER: 13
ADV. NO.:

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists             Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other: Amended schedules D and F                               Date Filed: 7/31/2013

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

Signature of Signing Party: /s/ Robert Lifson          Date: 7/31/2013
Printed Name of Signing Party: Robert Lifson

Signature of Joint Debtor: /s/ Toni Black              Date: 7/31/2013
Printed Name of Joint Debtor: Toni Lee Black

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

Signature of Attorney for Signing Party: /s/ Caroline Kim    Date: 7/31/2013
Printed Name of Attorney for Signing Party: Caroline Kim 249190

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

In re   **Robert Lifson,**                                         Case No. __2:13-bk-28666__
        **Toni Lee Black**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx2124<br><br>Gmac Mort.<br>3451 Hammond Ave.<br>PO Box 4622<br>Waterloo, IA 50704 | | C | Primary Residence located at 5148 Frazier Mountain Park Road, Frazier Park, California<br>-surrendering<br><br>Value $  602,000.00 | | | | 602,490.00 | 490.00 |
| Account No. xxxxxx4126<br><br>Real Time Resolutions, Inc.<br>P.O. Box 35888<br>Dallas, TX 75235-1655 | | C | Primary Residence located at 5148 Frazier Mountain Park Road, Frazier Park, California<br>-surrendering<br><br>Value $  602,000.00 | | | | 143,747.48 | 143,747.48 |
| Account No. xxxxxxxxxxxx0001<br><br>Toyota Mtr<br>Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | | C | Opened 11/17/07  Last Active  2/11/13<br><br>2008 Toyota Highland, hybrid, 35k miles<br>-value per KBB<br><br>Value $  18,000.00 | | | | 23,500.00 | 5,500.00 |
| Account No.<br><br><br><br><br>Value $ | | | | | | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 769,737.48 | 149,737.48 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 769,737.48 | 149,737.48 |

B6F (Official Form 6F) (12/07)

In re  **Robert Lifson,**  
      **Toni Lee Black**                                                                            Case No.   **2:13-bk-28666**

                                                   Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5966** <br><br> **Allied Interstate Inc.** <br> **PO BOx 361474** <br> **Columbus, OH 43236-1474** | | C | | | | | 208.30 |
| Account No. **xxxxxxxxx4126** <br><br> **American Home Mtg Srv/Homeward Residenta** <br> **Ahmsi / Attention: Bankruptcy** <br> **Po Box 631730-1730** <br> **Irving, TX 75063** | | C | Opened 9/01/05 Last Active 12/07/07 <br> Real Estate Mortgage | | | | Unknown |
| Account No. **xxxxxxxxx4050** <br><br> **American Home Mtg Svci** <br> **Ahmsi / Attention: Bankruptcy** <br> **Po Box 631730** <br> **Irving, TX 75063** | | C | Opened 9/01/05 Last Active 3/06/06 <br> Real Estate Mortgage | | | | Unknown |
| Account No. **xxxxxx7128** <br><br> **Animal Medical Center Of So. CA** <br> **2340 S. Sepulveda Blvd.** <br> **Los Angeles, CA 90064** | | C | | | | | 3,664.44 |

  **7**  continuation sheets attached                                                     Subtotal <br>
                                                                            (Total of this page)        **3,872.74**

In re  Robert Lifson,
       Toni Lee Black

Case No. __2:13-bk-28666__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Asset Acceptance<br>P.O. Box 2036<br>Warren, MI 48090 | | C | | | | | 26,800.04 |
| Account No. xxxxxx4251<br><br>Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-0056 | | C | | | | | 127.07 |
| Account No. xxxx0068<br><br>Cba Collection Bureau<br>Po Box 5013<br>Hayward, CA 94540 | | H | Opened 1/01/11<br>Collection Attorney Ds Waters Of America Inc | | | | 529.00 |
| Account No. xxxxxx3526<br><br>Cbna<br>1000 Technology Dr.<br>O Fallon, MO 63368 | | C | | | | | 1,488.00 |
| Account No. xxxxxx9229<br><br>Cedar-Sinai Medical Center<br>Emergency Dept. Physicians<br>P.O. Box 51258<br>Los Angeles, CA 90051 | | C | | | | | 24.83 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  28,968.94

In re  **Robert Lifson,**
     **Toni Lee Black**
,   Case No. __2:13-bk-28666__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3715<br><br>Cedar-Sinai Medical Center<br>1801 W. Olympic Blvd.<br>Pasadena, CA 91199-1050 | | C | Medical Bill | | | | 1,761.51 |
| Account No. xxxxxx0931<br><br>Cedars-Sinai Lab Services<br>PO Box 60109<br>Los Angeles, CA 90060-0109 | | C | | | | | 554.62 |
| Account No. xxxx125.1<br><br>Cedars-Sinai Medical Group<br>PO Box 4313<br>Woodland Hills, CA 91365-4313 | | C | | | | | 28.44 |
| Account No. xxxxxx484-0<br><br>Citibank<br>8485 Wilshire Blvd.<br>Beverly Hills, CA 90211 | | C | | | | | 150.00 |
| Account No. xxxxxxxxxxxxxxxx3678<br><br>Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821 | | W | Opened 11/01/11  Last Active  6/18/12<br>Collection Attorney Rad Alliance Inc.<br>Westwood | | | | 412.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,906.57**

In re    **Robert Lifson,**
       **Toni Lee Black**                                                             Case No.    **2:13-bk-28666**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5705<br><br>Designed Receivable So<br>1 Centerpointe Dr. Ste. 45<br>La Palma, CA 90623 | | C | | | | | 1,833.00 |
| Account No. xxxx5225<br><br>Ford Motor Credit Corporation<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121 | | H | Opened 4/01/04 Last Active 4/29/08<br>Lease | | | | 4,782.97 |
| Account No. xxxx6835<br><br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267 | | C | 2009<br>income taxes | | | | 419.00 |
| Account No.<br><br>GE Money<br>PO Box 960061<br>Orlando, FL 32896 | | C | | | | | 5,718.30 |
| Account No. xxxxxxxxxxxx0066<br><br>Gecrb/Lowes<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | H | Opened 6/01/07 Last Active 10/07/09<br>Charge Account | | | | Unknown |

Sheet no. **3** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     12,753.27
(Total of this page)

In re  Robert Lifson,  
     Toni Lee Black  

Case No. __2:13-bk-28666__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx8266<br><br>Gemb/care Credit<br>PO Box 981439<br>El Paso, TX 79998 | | C | | | | | 4,651.00 |
| Account No. xxxxxx5570<br><br>Gemb/lowes<br>PO Box 103065<br>Roswell, GA 30076 | | C | | | | | 1,517.00 |
| Account No.<br><br>Genesis Financial Services<br>Vativ Recovery Solutions, LLC<br>PO Box 40728<br>Houston, TX 77240 | | C | | | | | 6,412.47 |
| Account No. xxxx1134<br><br>IRS<br>PO Box 21126<br>Philadelphia, PA 19114 | | C | 2004-2009 Federal income tax and penalties | | | | 38,186.00 |
| Account No.<br><br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | | C | 2006, 2007, 2009, 2010, 2011 corporation taxes, stopped operating in 2006 | | | | Unknown |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     50,766.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Lifson,**
       **Toni Lee Black**
                                                                              Case No. __2:13-bk-28666__
                                          Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1203<br><br>IRS<br>PO Box 7346<br>Philadelphia, PA 19114 | | C | 2005<br>Robert Lifson MD Inc. (ceased operation in 2006) medicare overpayment | | | | Unknown |
| Account No. xxxxxxx3002<br><br>KCTTC<br>Payment Center<br>PO Box 541004<br>Los Angeles, CA 90054-1004 | | C | | | | | 2,266.37 |
| Account No. xxxxxx3011<br><br>KCTTC<br>Payment Center<br>PO Box 541004<br>Los Angeles, CA 90054-1004 | | C | | | | | 1,664.90 |
| Account No. xxxxxx0877<br><br>Kern County Court RD<br>1655 Chester Ave.<br>Bakersfield, CA 93301 | | C | 2005, 2006, 2007-2010<br>property taxes<br>2005 $3445.00<br>2006-07: $6,799.02<br>2007-08: $6,874.94<br>2008-09: $6,990.28<br>2009-10: $4,515.32 | | | | 28,623.00 |
| Account No.<br><br>LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603 | | C | | | | | 11,782.97 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    44,337.24

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Lifson,
       Toni Lee Black
                                                                Debtors

Case No. __2:13-bk-28666__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx2703<br><br>North Star Capital Acquisition<br>Jefferson Captial Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302 | | C | | | | | 12,857.04 |
| Account No.<br><br>Phillip W. Gillet, Jr.<br>1705 27th Street<br>Bakersfield, CA 93301 | | C | former bankruptcy attorney | | | | 12,000.00 |
| Account No. xxxxxx0928<br><br>Portfolio Recovery Assoc<br>PO Box 41067<br>Norfolk, VA 23541 | | C | | | | | 1,517.43 |
| Account No. xxxxxx3511<br><br>Quest Diagnostics<br>PO Box 78874<br>Phoenix, AZ 85062-8874 | | C | | | | | 1,100.79 |
| Account No. xx6267<br><br>Revenue Sys<br>2196 Main St<br>Dunedin, FL 34698 | | H | 06 Premium Assignment Corp | | | | 975.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    28,450.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Lifson,**
       **Toni Lee Black**
                                                                    Case No.  __2:13-bk-28666__
_____,
                              Debtors
## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx3670<br><br>SKO Brenner American<br>PO Box 230<br>Farmingdale, NY 11735 | | C | | | | | 143.39 |
| Account No.<br><br>Sprint Nextel<br>PO Box 7949<br>Overland Park, KS 66207 | | C | | | | | 207.04 |
| Account No. xxxxxxx2231<br><br>Trojan Professional Se<br>4410 Cerritos Ave<br>Los Alamitos, CA 90720 | | C | | | | | 140.00 |
| Account No. xxxxxx9404<br><br>Van Nuys Municipal<br>144400 Erwin St. Mai<br>Van Nuys, CA 91401 | | C | | | | | 3,232.00 |
| Account No. xxxxxx1896<br><br>Vision Financial Corp<br>PO Box 900<br>Purchase, NY 10577-0900 | | C | | | | | 5,944.94 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         9,667.37

Total
(Report on Summary of Schedules)    181,722.86

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

Addendum Mailing List

Allied Interstate Inc.
PO BOx 361474
Columbus, OH 43236-1474

American Home Mtg Svci
Ahmsi / Attention: Bankruptcy
Po Box 631730
Irving, TX 75063

Animal Medical Center Of So. CA
2340 S. Sepulveda Blvd.
Los Angeles, CA 90064

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0056

Cba Collection Bureau
Po Box 5013
Hayward, CA 94540

Cbna
1000 Technology Dr.
O Fallon, MO 63368

Cedar-Sinai Medical Center
Emergency Dept. Physicians
P.O. Box 51258.
Los Angeles, CA 90051

Cedar-Sinai Medical Center
1801 W. Olympic Blvd.
Pasadena, CA 91199-1050

Cedars-Sinai Lab Services
PO Box 60109
Los Angeles, CA 90060-0109

Cedars-Sinai Medical Group
PO Box 4313
Woodland Hills, CA 91365-4313

CIR, Law Offices
PO Box 23189
San Diego, CA 92193-3189

Beverly Hills, CA 90211

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Designed Receivable So
1 Centerpointe Dr. Ste. 45
La Palma, CA 90623

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

GE Money
PO Box 960061
Orlando, FL 32896

Gecrb/Lowes
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/care Credit
PO Box 981439
El Paso, TX 79998

Gemb/lowes
PO Box 103065
Roswell, GA 30076

Genesis Financial Services
Vativ Recovery Solutions, LLC
PO Box 40728
Houston, TX 77240

Gmac Mort.
3451 Hammond Ave.
PO Box 4622
Waterloo, IA 50704

IRS
PO Box 21126
Philadelphia, PA 19114

KCTTC
Payment Center
PO Box 541004
Los Angeles, CA 90054-1004

Kern County Court RD
1655 Chester Ave.
Bakersfield, CA 93301

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

MacDowell and Associates, Ltd.
3636 Birch St., Ste. 290
Newport Beach, CA 92660

North Star Capital Acquisition
Jefferson Captial Systems, LLC
PO Box 7999
Saint Cloud, MN 56302

Phillip W. Gillet, Jr.
1705 27th Street
Bakersfield, CA 93301

Pine Mountain Family Dental
16233 Pine Valley Lane, Ste. 203
Pine Mountain Club, CA 93222

Portfolio Recovery Assoc
PO Box 41067
Norfolk, VA 23541

Quest Diagnostics
PO Box 78874
Phoenix, AZ 85062-8874

Real Time Resolutions; Inc.
P.O. Box 35888
Dallas, TX 75235-1655

Revenue Sys
2196 Main St
Dunedin, FL 34698

SKO Brenner American
PO Box 230
Farmingdale, NY 11735

Sprint Nextel

```
PO Box 7949
Overland Park, KS 66207

Toyota Mtr
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Trojan Professional Se
4410 Cerritos Ave
Los Alamitos, CA 90720

United States Attorney
2500 Tulare St. Ste. 4401
Fresno, CA 93721

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Van Nuys Municipal
144400 Erwin St. Mai
Van Nuys, CA 91401

Vision Financial Corp
PO Box 900
Purchase, NY 10577-0900
```