| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and State Bar No. & Email Address<br>Caroline S. Kim, SBN 249190<br>Kim Law Group, P.C.<br>444 West Ocean Blvd., Ste. 800<br>Long Beach, CA 90802<br>Phone number (562) 279-7924<br>Fax number (562) 279-7925<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 04 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** queen    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Robert Lifson and Toni Lee Black<br><br><br><br>Debtor(s). | CHAPTER:13<br><br>CASE NO.: 2:13-bk-28666-VZ<br><br>DATE:08/20/2013<br>TIME: 9:30 a.m.<br>CTRM:1368<br>FLOOR:13th Floor |

**ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**
**(MOVANT:     Robert Lifson and Toni Lee Black                )**

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following personal property ("Property"):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

        *Vehicle Identification Number:*
        *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

        *Serial numbers(s):*
        *Location (if known):*

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☐ Real Property:
        *Street Address:*
        *Apt/Suite No.:*
        *City, State, Zip Code:*

    Legal description or document recording number (including county of recording):
    ☐ See attached page.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

3. The Motion is granted on the grounds that:

   a. ☒ The present case was filed in good faith.

   b. ☐ The Property is of consequential value or benefit to the estate.

   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

   a. ☐ Imposed *as to all creditors* until further order of the court.

   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

   d. ☒ Continued *as to all creditors* which were served with the Motion until further order of the court.

   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

6. ☐ See attached continuation page for additional provisions.

###

Date: September 4, 2013

Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                                Page 2                                F 4001-1O.IS

# ADEQUATE PROTECTION ATTACHMENT
### (MOVANT:_____)

*(This Attachment is the continuation page for Paragraph 5 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Movant tendered payments at the hearing in the amount of $_____.

2. ☐ The Movant shall make regular monthly payments in the amount of $_____ commencing _____. All payments due Secured Creditor/Lessor hereunder shall be paid to the following address:

   _____

   _____

   _____

   _____

3. ☐ The Movant shall cure the postpetition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☐ The Movant shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor shall serve written notice of default to Movant, and any attorney for Movant. If Movant fails to cure the default within 14 days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013            Page 3            **F 4001-1O.IS**

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant shall be entitled to a maximum of _____ (number) notices of default and opportunities to cure pursuant to the preceding paragraph.  Once a Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure.  If an event of default occurs thereafter, Secured Creditor/Lessor shall be entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

7. ☐ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case.  If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

9. ☐ Secured Creditor/Lessor may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☐ Other (specify):

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                               Page 4                               **F 4001-1O.IS**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) ___08/29/2013_____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Chapter 13 Trustee, Nancy K. Curry: ecfnc@trustee13.com
US Trustee, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:
Allied Interstate Inc.
PO BOx 361474
Columbus, OH 43236-1474

☒ Service information continued on attached page

American Home Mtg Srv/Homeward Residenta
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063

American Home Mtg Svci
Ahmsi / Attention: Bankruptcy
Po Box 631730
Irving, TX 75063

Animal Medical Center Of So. CA
2340 S. Sepulveda Blvd.
Los Angeles, CA 90064

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                                               Page 5                                               **F 4001-1O.IS**

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0056

Cba Collection Bureau
Po Box 5013
Hayward, CA 94540

Cbna
1000 Technology Dr.
O Fallon, MO 63368

Cedar-Sinai Medical Center
Emergency Dept. Physicians
P.O. Box 51258
Los Angeles, CA 90051

Cedar-Sinai Medical Center
1801 W. Olympic Blvd.
Pasadena, CA 91199-1050

Cedars-Sinai Lab Services
PO Box 60109
Los Angeles, CA 90060-0109

Cedars-Sinai Medical Group
PO Box 4313
Woodland Hills, CA 91365-4313

CIR, Law Offices
PO Box 23189
San Diego, CA 92193-3189

Citibank
8485 Wilshire Blvd.
Beverly Hills, CA 90211

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Designed Receivable So
1 Centerpointe Dr. Ste. 45
La Palma, CA 90623

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

GE Money
PO Box 960061

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                                   Page 6                                   **F 4001-1O.IS**

Orlando, FL 32896

Gecrb/Lowes
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/care Credit
PO Box 981439
El Paso, TX 79998

Gemb/lowes
PO Box 103065
Roswell, GA 30076

Genesis Financial Services
Vativ Recovery Solutions, LLC
PO Box 40728
Houston, TX 77240

Gmac Mort.
3451 Hammond Ave
Waterloo, IA 50702

Gmac Mort.
3451 Hammond Ave.
PO Box 4622
Waterloo, IA 50704

IRS
PO Box 21126
Philadelphia, PA 19114

IRS
PO Box 7346
Philadelphia, PA 19101

IRS
PO Box 7346
Philadelphia, PA 19114

KCTTC
Payment Center
PO Box 541004
Los Angeles, CA 90054-1004

Kern County Court RD
1655 Chester Ave.
Bakersfield, CA 93301

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

MacDowell and Associates, Ltd.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                                              Page 7                                              **F 4001-1O.IS**

3636 Birch St., Ste. 290
Newport Beach, CA 92660

North Star Capital Acquisition
Jefferson Captial Systems, LLC
PO Box 7999
Saint Cloud, MN 56302

Phillip W. Gillet, Jr.
1705 27th Street
Bakersfield, CA 93301

Pine Mountain Family Dental
16233 Pine Valley Lane, Ste. 203
Pine Mountain Club, CA 93222

Portfolio Recovery Assoc
PO Box 41067
Norfolk, VA 23541

Quest Diagnostics
PO Box 78874
Phoenix, AZ 85062-8874

Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235

Real Time Resolutions, Inc.
P.O. Box 35888
Dallas, TX 75235-1655

Revenue Sys
2196 Main St
Dunedin, FL 34698

SKO Brenner American
PO Box 230
Farmingdale, NY 11735

Sprint Nextel
PO Box 7949
Overland Park, KS 66207

Toyota Mtr
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Trojan Professional Se
4410 Cerritos Ave
Los Alamitos, CA 90720

United States Attorney
2500 Tulare St. Ste. 4401
Fresno, CA 93721

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                                              Page 8                                              **F 4001-1O.IS**

**F 4001-1O.IS**

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Van Nuys Municipal
144400 Erwin St. Mai
Van Nuys, CA 91401

Vision Financial Corp
PO Box 900
Purchase, NY 10577-0900

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

February 2013                                    Page 9                                    **F 4001-1O.IS**