| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Caroline S. Kim, SBN# 249190<br>Kim Law Group, P.C.<br>3711 Long Beach Blvd., Ste. 710<br>Long Beach, CA 90807<br>Phone Number: 562-988-5988<br>Facsimile: 562-988-5994<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lifson, Robert and<br>Black, Toni Lee<br><br><br>Debtor(s). | CASE NO.: 2:13-bk-28666-VZ<br>CHAPTER: 13<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |
|---|---|

1.  NOTICE IS HEREBY GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2.  **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: 7/18/0201

_____
Signature of Debtor or attorney for Debtor

Caroline S. Kim
_____
Printed name of Debtor or attorney for Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3711 Long Beach Blvd., Ste. 710
Long Beach, CA 90807

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/18/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee, Nancy Curry:  ecfnc@trustee13.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 07/18/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable  Judge Vincent Zurzolo
255 E Temple Street, Ste.  1360
Los Angeles, CA 90012

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/18/2014 ____ Denise Sanchez _____          _____
Date                  *Printed Name*                                                   *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2             **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

## List of Creditors

Allied Interstate Inc.
PO BOx 361474
Columbus, OH 43236-1474

American Home Mtg Srv/Homeward Residenta
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063

American Home Mtg Svci
Ahmsi / Attention: Bankruptcy
Po Box 631730
Irving, TX 75063

Animal Medical Center Of So. CA
2340 S. Sepulveda Blvd.
Los Angeles, CA 90064

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0056

Cba Collection Bureau
Po Box 5013
Hayward, CA 94540

Cbna
1000 Technology Dr.
O Fallon, MO 63368

Cedar-Sinai Medical Center
Emergency Dept. Physicians
P.O. Box 51258
Los Angeles, CA 90051

Cedar-Sinai Medical Center
1801 W. Olympic Blvd.
Pasadena, CA 91199-1050

Cedars-Sinai Lab Services
PO Box 60109

Los Angeles, CA 90060-0109

Cedars-Sinai Medical Group
PO Box 4313
Woodland Hills, CA 91365-4313

CIR, Law Offices
PO Box 23189
San Diego, CA 92193-3189

Citibank
8485 Wilshire Blvd.
Beverly Hills, CA 90211

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Designed Receivable So
1 Centerpointe Dr. Ste. 45
La Palma, CA 90623

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

GE Money
PO Box 960061
Orlando, FL 32896

Gecrb/Lowes
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/care Credit
PO Box 981439
El Paso, TX 79998

Gemb/lowes
PO Box 103065

Roswell, GA 30076

Genesis Financial Services
Vativ Recovery Solutions, LLC
PO Box 40728
Houston, TX 77240

Gmac Mort.
3451 Hammond Ave
Waterloo, IA 50702

Gmac Mort.
3451 Hammond Ave.
PO Box 4622
Waterloo, IA 50704

IRS
PO Box 21126
Philadelphia, PA 19114

IRS
PO Box 7346
Philadelphia, PA 19101

IRS
PO Box 7346
Philadelphia, PA 19114

KCTTC
Payment Center
PO Box 541004
Los Angeles, CA 90054-1004

Kern County Court RD
1655 Chester Ave.
Bakersfield, CA 93301

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

MacDowell and Associates, Ltd.
3636 Birch St., Ste. 290
Newport Beach, CA 92660

North Star Capital Acquisition
Jefferson Captial Systems, LLC
PO Box 7999
Saint Cloud, MN 56302

Phillip W. Gillet, Jr.
1705 27th Street
Bakersfield, CA 93301

Pine Mountain Family Dental
16233 Pine Valley Lane, Ste. 203
Pine Mountain Club, CA 93222

Portfolio Recovery Assoc
PO Box 41067
Norfolk, VA 23541

Quest Diagnostics
PO Box 78874
Phoenix, AZ 85062-8874

Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235

Real Time Resolutions, Inc.
P.O. Box 35888
Dallas, TX 75235-1655

Revenue Sys
2196 Main St
Dunedin, FL 34698

SKO Brenner American
PO Box 230
Farmingdale, NY 11735

Sprint Nextel
PO Box 7949
Overland Park, KS 66207

Toyota Mtr
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Trojan Professional Se
4410 Cerritos Ave
Los Alamitos, CA 90720

United States Attorney
2500 Tulare St. Ste. 4401
Fresno, CA 93721

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Van Nuys Municipal
144400 Erwin St. Mai
Van Nuys, CA 91401

Vision Financial Corp
PO Box 900
Purchase, NY 10577-0900

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Caroline S. Kim, SBN#249190
Kim Law Group, P.C.
3711 Long Beach Blvd., Ste. 710
Long Beach, CA 90807
Telephone Number: 562-988-5988
Facsimile: 562-988-5994

FOR COURT USE ONLY

☐ Individual appearing without attorney
☒ Attorney for: Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

Lifson, Robert
Black, Toni Lee

CASE NO.: 2:13-28666-VZ

CHAPTER 13

### MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS

[No Hearing Required]

Debtor(s).

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on __05/21/2014__.
   Plan payment amount(s): $ _1,350.00_____ per month.
   Length of plan: _60___ months.
   Percentage paid to Class 5 general unsecured creditors: _4.000___%.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  There have been _____ previous modification or suspension orders.
    Plan payments have been suspended for _____ months and/or the plan has been extended for _____ months.

5.  Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
    Plan payment amount(s):$_____ per month.
    Length of plan: _____ months.
    Percentage paid to Class 5 general unsecured creditors: _____%.

6.  Proposed modification:
    ☐  Suspend *(indicate number of plan payments)* _____ plan payments.
    ☐  Extend the term by *(indicate number of months)* _____ month(s).
    ☐  Reduce the term by *(indicate number of months)* _____ month(s).
    ☐  Increase the plan payment from $_____ to $_____
        from (date) _____ to (date) _____.

    ☐  Reduce the plan payment from $_____ to $_____
        from (date) _____ to (date) _____.

7.  Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

    *File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8.  If this motion is granted, the last plan payment due would be payable _____ months after the first plan payment was due.

9.  If this motion is granted:

    a.  ☐  There will be no change in the percentage paid to Class 5 general unsecured creditors,

    OR

    b.  ☐  The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: _____7/18/ 2014_____

Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: _7-17-2014_

Debtor

Date: _7-17-2014_

Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2            F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3711 Long Beach Blvd., Ste. 710
Long Beach, CA 90807

A true and correct copy of the foregoing document entitled: **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/18/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee, Nancy Curry: ecfnc@trustee13.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/18/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable  Judge Vincent Zurzolo
255 E Temple Street, Ste.  1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/18/2014      Denise Sanchez
Date                 *Printed Name*                                              *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## List of Creditors

Allied Interstate Inc.
PO BOx 361474
Columbus, OH 43236-1474

American Home Mtg Srv/Homeward Residenta
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063

American Home Mtg Svci
Ahmsi / Attention: Bankruptcy
Po Box 631730
Irving, TX 75063

Animal Medical Center Of So. CA
2340 S. Sepulveda Blvd.
Los Angeles, CA 90064

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0056

Cba Collection Bureau
Po Box 5013
Hayward, CA 94540

Cbna
1000 Technology Dr.
O Fallon, MO 63368

Cedar-Sinai Medical Center
Emergency Dept. Physicians
P.O. Box 51258
Los Angeles, CA 90051

Cedar-Sinai Medical Center
1801 W. Olympic Blvd.
Pasadena, CA 91199-1050

Cedars-Sinai Lab Services
PO Box 60109

Los Angeles, CA 90060-0109

Cedars-Sinai Medical Group
PO Box 4313
Woodland Hills, CA 91365-4313

CIR, Law Offices
PO Box 23189
San Diego, CA 92193-3189

Citibank
8485 Wilshire Blvd.
Beverly Hills, CA 90211

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Designed Receivable So
1 Centerpointe Dr. Ste. 45
La Palma, CA 90623

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

GE Money
PO Box 960061
Orlando, FL 32896

Gecrb/Lowes
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/care Credit
PO Box 981439
El Paso, TX 79998

Gemb/lowes
PO Box 103065

Roswell, GA 30076

Genesis Financial Services
Vativ Recovery Solutions, LLC
PO Box 40728
Houston, TX 77240

Gmac Mort.
3451 Hammond Ave
Waterloo, IA 50702

Gmac Mort.
3451 Hammond Ave.
PO Box 4622
Waterloo, IA 50704

IRS
PO Box 21126
Philadelphia, PA 19114

IRS
PO Box 7346
Philadelphia, PA 19101

IRS
PO Box 7346
Philadelphia, PA 19114

KCTTC
Payment Center
PO Box 541004
Los Angeles, CA 90054-1004

Kern County Court RD
1655 Chester Ave.
Bakersfield, CA 93301

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

MacDowell and Associates, Ltd.
3636 Birch St., Ste. 290
Newport Beach, CA 92660

North Star Capital Acquisition
Jefferson Captial Systems, LLC
PO Box 7999
Saint Cloud, MN 56302

Phillip W. Gillet, Jr.
1705 27th Street
Bakersfield, CA 93301

Pine Mountain Family Dental
16233 Pine Valley Lane, Ste. 203
Pine Mountain Club, CA 93222

Portfolio Recovery Assoc
PO Box 41067
Norfolk, VA 23541

Quest Diagnostics
PO Box 78874
Phoenix, AZ 85062-8874

Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235

Real Time Resolutions, Inc.
P.O. Box 35888
Dallas, TX 75235-1655

Revenue Sys
2196 Main St
Dunedin, FL 34698

SKO Brenner American
PO Box 230
Farmingdale, NY 11735

Sprint Nextel
PO Box 7949
Overland Park, KS 66207

Toyota Mtr
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Trojan Professional Se
4410 Cerritos Ave
Los Alamitos, CA 90720

United States Attorney
2500 Tulare St. Ste. 4401
Fresno, CA 93721

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Van Nuys Municipal
144400 Erwin St. Mai
Van Nuys, CA 91401

Vision Financial Corp
PO Box 900
Purchase, NY 10577-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Caroline S. Kim, Esq., State Bar No. 249190**
**Kim Law Group, P.C.**
3711 Long Beach Blvd., Ste. 710
Long Beach, California 90807
Phone No.: (562) 988-5988
Facsimile: (562) 988-5994

**Attorney for Debtors Charles Burton and Jo Ann Burton**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| Robert Lifson and Toni Lee Black,<br><br>Debtors. | ) Case No.: **2:13-28666-VZ**<br>)<br>) **Chapter 13**<br>)<br>) DEBTORS' DECLARATION IN SUPPORT<br>) OF DEBTORS' MOTION TO MODIFY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

We, Robert Lifson and Toni Lee Black, hereby declare as follows:

1. We know the following facts to be true from our own personal knowledge, except those facts which are stated on information and belief, and as to those facts we believe them to be true. If called upon to testify as a witness, we could and would competently and truthfully testify to the facts set forth in this Declaration.

2. We filed our voluntary petition under Chapter 13 on July 23, 2013. The plan was confirmed on May 21, 2014. It proposed to pay 4% to the general non-priority unsecured creditors.

1

Debtors' Declaration

3. However, more proofs of claims were filed after the case was confirmed. Therefore, the plan became infeasible. Chapter 13 Trustee filed "Notice of Intent to Pay Claims" on June 27, 2014, docket number 79. On page 6 of the notice, it states that "PLEASE NOTE THAT THE PLAN AS PRESENTLY CONSTITUTED, WILL N OT PAY OUT WITHIN THE TIME PROPOSED. Marked and attached is a true and accurate copy of "Notice of Intent to Pay Claims" filed on June 27, 2014 herein incorporated and attached as Exhibit "1."

4. We have been paying $1,350.00 a month ever since the case was confirmed. We have not missed any plan payments. Since more proofs of claims were filed after the case was confirmed, the percentage paid to the general unsecured creditors is lower. It is 2% and not 4%. As a result, the plan became infeasible.

5. We will complete our plan on July 23, 2018. We request the court to grant our motion to modify to lower the percentage paid to the general unsecured from 4% to 2%. The plan payment amount will not change. We will still continue to pay $1,350.00 a month to our Chapter 13 plan.

6. We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. We executed this declaration on 17th day July of 2014 in Los Angeles County, California.

Robert Lifson

Toni Lee Black

Debtors' Declaration

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   1

CAROLINE S. KIM
KIM LAW GROUP, P.C.
3711 LONG BEACH BLVD., SUITE 710
LONG BEACH,CA 90807-

| | |
|---|---|
| Date | 06/27/2014 |
| Case Number | 2:13-bk-28666-VZ |
| Bar Date | 12/02/2013 |

LIFSON, ROBERT
BLACK, TONI LEE

164 NORTH CARSON RD.
BEVERLY HILLS CA 90211

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below.  Any questions regarding this notice should be directed to the Trustee in writing at 700 South Flower Street, Suite 1215, Los Angeles, CA  90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 101-0 | INTERNAL REVENUE SERVICE | 09/24/2013 | 27,449.00 | 31,852.15 | | Priorty |
| | P.O. BOX 7317 PHILADELPHIA,PA 19101-7317 | | | | | |
| 102-0 | FRANCHISE TAX BOARD SPECIAL  PROCEDURES P.O.BOX 2952 SACRAMENTO,CA 95812- | 12/17/2013 | 268.00 | 44,848.27 | 4.00 | Unsec * LATE * |
| 201-0 | TOYOTA MOTOR CREDIT CORP. | 07/29/2013 | 25,900.00 | 25,900.00 | | Secure |
| | P.O. BOX 9490 CEDAR RAPIDS,IA 52409-9490 | | | | | |
| 202-0 | INTERNAL REVENUE SERVICE | 09/24/2013 | 0.00 | 13,563.00 | | Secure |
| | P.O. BOX 7317 PHILADELPHIA,PA 19101-7317 | | | | | |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page    2

In RE:    LIFSON, ROBERT              BLACK, TONI LEE        Case Number    2:13-bk-28666-VZ        6/27/2014

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 203-0 | REAL TIME RESOLUTIONS, INC.<br>P.O. BOX 35888<br>DALLAS,TX 75235- | 10/11/2013 | 0.00 | 231,644.39 | | Secure<br>Surrendered |
| 401-0 | FORD MOTOR CREDIT CO<br>C/O MACDOWELL & ASSOCIATES<br>3636 BIRCH STREET, STE. 290<br>NEWPORT BEACH,CA 92660- | 08/14/2013 | 4,782.97 | 6,236.72 | 4.00 | Unsec |
| 402-0 | TOYOTA MOTOR CREDIT CORP.<br>P.O. BOX 9490<br>CEDAR RAPIDS,IA 52409-9490 | 09/12/2013 | 938.52 | 938.52 | 4.00 | Unsec |
| 403-0 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA,PA 19101-7317 | 09/24/2013 | 38,186.00 | 12,631.99 | 4.00 | Unsec |
| 404-0 | JEFFERSON CAPITAL SYSTEMS LLC<br>P.O. BOX 953185<br>ST. LOUIS,MO 63195-3185 | 10/02/2013 | 12,857.04 | 27,054.89 | 4.00 | Unsec |
| 405-0 | PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 12914<br>NORFOLK,VA 23541- | 10/07/2013 | 1,517.00 | 1,517.43 | 4.00 | Unsec |
| 406-0 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 11/22/2013 | 11,782.97 | 10,296.70 | 4.00 | Unsec |
| 407-0 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 11/27/2013 | 0.00 | 6,251.01 | 4.00 | Unsec |
| 408-0 | CITIBANK, N.A.<br>PAYMENT CENTER<br>4740 121ST ST.<br>URBANDALE,IA 50323- | 12/02/2013 | 1,488.00 | 1,393.60 | 4.00 | Unsec |
| 409-0 | PHILLIP W. GILLET, JR.<br>1705 27TH ST.<br>BAKERSFIELD,CA 93301- | 04/04/2014 | 12,000.00 | 13,568.88 | 4.00 | Unsec<br>Disallowed |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page    3

In RE:    LIFSON, ROBERT                BLACK, TONI LEE        Case Number    2:13-bk-28666-VZ        6/27/2014

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 410-0 | ALLIED INTERSTATE, INC.<br><br>P.O. BOX 361774<br>COLUMBUS,OH 43236- | | 208.30 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 411-0 | BEL-AIR ANIMAL HOSPITAL INC.<br><br>2340 S. SEPULVEDA BLVD.<br>LOS ANGELES, CA, 90064 | | 3,664.44 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 412-0 | ASSET ACCEPTANCE<br><br>P.O. BOX 2036<br>WARREN,MI 48090- | | 26,800.04 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 413-0 | BOARD OF EQUALIZATION<br>CASHIER, MIC 13<br>P.O. BOX 942879<br>SACRAMENTO,CA 94279-0029 | | 127.07 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 414-0 | CBA COLLECTION BUREAU<br><br>P.O. BOX 5013<br>HAYWARD,CA 94540- | | 529.00 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 415-0 | CEDAR SINAI EMERGENCY DEPT.<br><br>P.O. BOX 51258<br>LOS ANGELES,CA 90051-5558 | | 24.83 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 416-0 | CEDARS SINAI MEDICAL CENTER<br><br>1801 W. OLYMPIC BLVD.<br>PASADENA,CA 91199-0001 | | 1,761.51 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 417-0 | CEDARS-SINAI LAB SERVICES<br><br>P.O. BOX 60109<br>LOS ANGELES,CA 90060-0109 | | 554.62 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 418-0 | CEDARS-SINAI ING MED GRP<br><br>P.O. BOX 4313<br>WOODLAND HILLS, CA, 91365 | | 28.44 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 419-0 | CITIBANK<br><br>8485 WILSHIRE BLVD.<br>BEVERLY HILLS,CA 90211- | | 150.00 | 0.00 | 4.00 | Unsec<br>Not Filed |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   4

In RE:   LIFSON, ROBERT              BLACK, TONI LEE     Case Number   2:13-bk-28666-VZ     6/27/2014

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 420-0 | CMRE FINANCIAL | | 412.00 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | 3075 E. IMPERIAL HWY., STE. 200<br>BREA,CA 92821- | | | | | |
| 421-0 | DESIGNED RECEIVABLE SOLUTION | | 1,833.00 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | 1 CENTER POINTE DR.<br>LA PALMA,CA 90623- | | | | | |
| 422-0 | FRANCHISE TAX BOARD | | 419.00 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | PO BOX 942867<br>SACRAMENTO    CA, 94267 | | | | | |
| 423-0 | GE MONEY BANK | | 5,718.30 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | P.O. BOX 960061<br>ORLANDO,FL 32896-0061 | | | | | |
| 424-0 | GEMB | | 4,651.00 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | P.O. BOX 981439<br>EL PASO,TX 79998- | | | | | |
| 425-0 | GENESIS FINANCIAL SOLUTIONS, L<br>VATIV RECOVERY SOLUTIONS, LLC<br>P.O. BOX 40728<br>HOUSTON,TX 77240-0728 | | 6,412.47 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 426-0 | KERN COUNTY TREASURE<br>TAX COLLECTOR<br>P.O. BOX 541004<br>LOS ANGELES,CA 90054- | | 2,266.37 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 427-0 | KERN COUNTY TREASURE<br>TAX COLLECTOR<br>P.O. BOX 541004<br>LOS ANGELES,CA 90054- | | 1,664.90 | 0.00 | 4.00 | Unsec<br>Not Filed |
| 428-0 | KERN COUNTY COURT RD | | 28,623.00 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | 1655 CHESTER AVE.<br>BAKERSFIELD,CA 93301- | | | | | |
| 429-0 | PORTFOLIO RECOVERY ASSOC. | | 1,517.43 | 0.00 | 4.00 | Unsec<br>Not Filed |
| | P.O. BOX 41067<br>NORFOLK,VA 23541- | | | | | |

# UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   5

| In RE:   LIFSON, ROBERT | | BLACK, TONI LEE | Case Number | 2:13-bk-28666-VZ | 6/27/2014 | |
|---|---|---|---|---|---|---|
| **Creditor** | **Date Filed** | **Scheduled** | **Claim Amount** | **Pay %** | **Class** | |
| 430-0   QUEST DIAGNOSTICS | | 1,100.79 | 0.00 | 4.00 | Unsec Not Filed | |
| P.O. BOX 78874 PHOENIX,AZ 85062- | | | | | | |
| 431-0   REVENUE SYS | | 975.00 | 0.00 | 4.00 | Unsec Not Filed | |
| 2196 MAIN ST DUNEDIN,FL 34698- | | | | | | |
| 432-0   SKO BRENNER AMERICAN, INC. | | 143.39 | 0.00 | 4.00 | Unsec Not Filed | |
| P.O. BOX 230 FARMINGDALE,NY 11735-0230 | | | | | | |
| 433-0   SPRINT NEXTEL | | 207.04 | 0.00 | 4.00 | Unsec Not Filed | |
| P.O. BOX 7949 OVERLAND PARK,KS 66207-0949 | | | | | | |
| 434-0   TROJAN PROFESSIONAL SERVICE | | 140.00 | 0.00 | 4.00 | Unsec Not Filed | |
| 4410 CERRITOS AVE. LOS ALAMITOS,CA 90720- | | | | | | |
| 435-0   L.A.- VAN NUYS MUNICIPAL CRT | | 3,232.00 | 0.00 | 4.00 | Unsec Not Filed | |
| 14400 ERWIN ST MALL VAN NUYS, CA, 91401 | | | | | | |
| 436-0   VISION FINANCIAL CORP. | | 5,944.94 | 0.00 | 4.00 | Unsec Not Filed | |
| P.O. BOX 900 PURCHASE,NY 10577- | | | | | | |
| 666-0   CAROLINE S. KIM KIM LAW GROUP, P.C. 3711 LONG BEACH BLVD., SUITE 710 LONG BEACH,CA 90807- | 07/23/2013 | 9,482.00 | 9,482.00 | | Legal | |
| TRS-0   NANCY CURRY, TRUSTEE | | 0.00 | 3,672.71 | | Trustee | |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   6

| In RE:   LIFSON, ROBERT | | BLACK, TONI LEE | | Case Number | 2:13-bk-28666-VZ | 6/27/2014 |
|---|---|---|---|---|---|---|
| **Creditor** | | **Date Filed** | **Scheduled** | **Claim Amount** | **Pay %** | **Class** |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 39,463.00 | 31,852.15 | 4,446.77 | 3,672.71 | 6,982.00 | 0.00 |
| | | | | Total To Be Paid | | 86,416.63 |

/s/ Nancy Curry, Trustee

PLEASE NOTE THAT THE PLAN
AS PRESENTLY CONSTITUTED,
WILL NOT PAY OUT
WITHIN THE TIME PROPOSED

PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE
and that on  6/27/2014 I served the within NOTICE OF INTENT TO PAY CLAIMS
on:   Debtor and                           Debtors attorney.
by first class mail with postage fully prepaid thereon.

LIFSON, ROBERT                          CAROLINE S. KIM
                                        KIM LAW GROUP, P.C.
164 NORTH CARSON RD.                    3711 LONG BEACH BLVD., SUITE 710
BEVERLY HILLS CA 90211                  LONG BEACH CA 90807-

Executed at Los Angeles, California on 6/27/2014

/s/ Elizet Cash-Shelton