| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF LES ZIEVE<br>Brian H. Tran, Esq. #255577<br>Leslie M. Klott, Esq. #279622<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606<br>Phone: (714) 848-7920<br>Facsimile: (714) 908-7807<br>Email: bankruptcy@zievelaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Robert Lifson and Toni Lee Black<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:13-bk-28666-VZ<br><br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Stipulation for Relief from the Automatic Stay Regarding Real Property Located at 5148 Frazier Mountain Park Road, Frazier Park, CA 93225-9723 |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT 5148 FRAZIER MOUNTAIN PARK ROAD, FRAZIER PARK, CA 93225-9723</u> was lodged on (*date*) <u>09/11/14</u> and is attached.  This order relates to the motion which is docket number <u>89</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

```
1   LAW OFFICES OF LES ZIEVE
    Brian H. Tran, Esq. #255577
2   Leslie M. Klott, Esq. #279622
3   30 Corporate Park, Suite 450
    Irvine, CA 92606
4   Phone:          (714) 848-7920
    Facsimile:      (714) 908-7650
5   Email:          bankruptcy@zievelaw.com
6
    Counsel for Secured Creditor, Deutsche Bank National Trust Company, solely as Trustee for
7   MASTR Specialized loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Robert Lifson and Toni Lee Black,<br><br>Debtors. | Case No.: 2:13-bk-28666-VZ<br><br>Chapter: 13<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT 5148 FRAZIER MOUNTAIN PARK ROAD, FRAZIER PARK, CA 93225-9723** |

The Court having reviewed and considered the Stipulation for Relief from the Automatic Stay Regarding the Real Property Located at 5148 Frazier Mountain Park Road, Frazier Park, CA 93225-9723 ("Stipulation") between, Deutsche Bank National Trust Company, solely as Trustee for MASTR Specialized loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3 ("Secured Creditor") through its counsel, Leslie M. Klott of the Law Offices of Les Zieve, attorneys of record for Secured Creditor, and Robert Lifson and Toni Lee Black ("Debtors"), through their

1

# EXHIBIT "1"

1  counsel, Caroline S. Kim, attorney of record for Debtors, proper notice of the Stipulation, no
2  objection to the Stipulation having been filed, and upon consideration of the entire record in this
3  case, and other good cause appearing.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Stipulation is hereby approved and its terms are hereby ORDERED.

###

# EXHIBIT "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT 5148 FRAZIER MOUNTAIN PARK ROAD, FRAZIER PARK, CA 93225-9723** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Caroline S. Kim, Attorney         caroline@kimlawgrouppc.com
Nancy K Curry (TR), Trustee       ecfnc@trustee13.com
United States Trustee (LA)        ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **September 11, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTORS
Robert Lifson
Toni Lee Black
164 North Carson Road
Beverly Hills, CA 90211

PRESIDING JUDGE
United States Bankruptcy Court
Chambers Of Honorable Vincent P. Zurzolo
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 11, 2014   Michele Dapello                    /s/ Michele Dapello
*Date            Printed Name*                          *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**