LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:         (714) 848-7920
Facsimile:     (714) 908-7807
Email:         bankruptcy@zievelaw.com

Counsel for Movant, Deutsche Bank National Trust Company, solely as Trustee for MASTR Specialized loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Robert Lifson and Toni Lee Black,<br><br>　　　　Debtors. | Case No.: 2:13-bk-28666-VZ<br><br>Chapter: 13<br><br>**NOTICE OF WITHDRAWAL OF STIPULATION AND ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

**TO THE HONORABLE VINCENT P. ZURZOLO, DEBTORS, DEBTORS' ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

1

**PLEASE TAKE NOTICE** that Movant Deutsche Bank National Trust Company, solely as Trustee for MASTR Specialized loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3, hereby withdraws its Stipulation And Order For Relief From The Automatic Stay Regarding Real Property Located At 5148 Frazier Mountain Park Road, Frazier Park, CA 93225-9723 ("Stipulation"), which was filed on September 11, 2011 and referenced as Docket No. 89.

Dated: December 12, 2014    LAW OFFICES OF LES ZIEVE

/s/ Leslie M. Klott
Leslie M. Klott
Attorney for Movant,
Deutsche Bank National Trust Company, solely as Trustee for MASTR Specialized loan Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF WITHDRAWAL OF STIPULATION AND ORDER FOR RELIEF FROM THE AUTOMATIC STAY
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/12/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

caroline@kimlawgrouppc.com
ecfnc@trustee13.com
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/12/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Robert Lifson and Toni Lee Black | Chambers Of Honorable Vincent P. Zurzolo |
| 164 North Carson Road | United States Bankruptcy Court |
| Beverly Hills, CA 90211 | 255 E. Temple Street, Suite 1360 / Courtroom 1368 |
| | Los Angeles, CA 90012 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/12/2014 | Michele Dapello | /s/ Michele Dapello |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**