| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Caroline S. Kim, SBN# 249190<br>Kim Law Group, P.C.<br>3711 Long Beach Blvd, Ste. 710<br>Long Beach, CA 90807<br>Phone Number: 562-988-5988<br>Facsimile: 562-988-5994<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lifson, Robert and<br>Black, Toni Lee<br><br><br>Debtor(s). | CASE NO.: 2:13-bk-28666-VZ<br>CHAPTER: 13<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |
|---|---|

1. NOTICE IS HEREBY GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: 3/5/2015

/s/ Caroline S. Kim
Signature of Debtor or attorney for Debtor

Caroline S. Kim
Printed name of Debtor or attorney for Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                    F 3015-1.05.NOTICE.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3711 Long Beach Blvd., Ste. 710
Long Beach, CA 90807

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/05/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee, Nancy Curry: ecfnc@trustee13.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/05/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Vincent Zurzolo
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/05/2015 | Denise Sanchez | /s/ Denise Sanchez |
|---|---|---|
| Date | Printed Name | Signature |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Caroline S. Kim, SBN#249190<br>Kim Law Group, P.C.<br>3711 Long Beach Blvd., Ste. 710<br>Long Beach, CA 90807<br>Telephone Number: 562-988-5988<br>Facsimile: 562-988-5994<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Lifson, Robert<br>Black, Toni Lee<br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-28666-VZ<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w)**<br>**TO MODIFY PLAN OR**<br>**SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on __05/21/2014__.
   Plan payment amount(s): $__1,350.00__ per month.
   Length of plan: __60__ months.
   Percentage paid to Class 5 general unsecured creditors: __4.000__%.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 3015-1.05.MOTION.MODIFY.SUSPEND**

4. There have been __1__ previous modification or suspension orders.
   Plan payments have been suspended for __0__ months and/or the plan has been extended for __0__ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):$__1,600.00__ per month.
   Length of plan: __60__ months.
   Percentage paid to Class 5 general unsecured creditors:__2.000__%.

6. Proposed modification:
   ☐ Suspend *(indicate number of plan payments)* _____ plan payments.
   ☐ Extend the term by *(indicate number of months)* _____ month(s).
   ☐ Reduce the term by *(indicate number of months)* _____ month(s).
   ☒ Increase the plan payment from $__1,600.00__ to $__2,010.00__
   from (date) __03/23/2015__ to (date) __07/23/2018__.

   ☒ Reduce the plan payment from $_____ to $_____
   from (date) _____ to (date) _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

   On February 17, 2015, IRS filed amended Claim 3 for 2013 tax liability in the amount of $15,244.00. Debtors are requesting Court to modify their plan to include 2013 federal tax liability to be paid out during the remainder of their plan. Once the plan is modify, the plan will be as follows: Months 1-16, $1,350.00 a month; months 17-19, $1,600.00 a month; months 20-60 $2,010.00 a month. Month 20 will be March 2015.
   See Debtors' Declarations attached.

   *File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable _____ months after the first plan payment was due.

9. If this motion is granted:

   a. ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: __3/5/2015__    _____
                     Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: __3/5/2015__   _____
                     Debtor

Date: __3/5/2015__   _____
                     Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2            F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3711 Long Beach Blvd., Ste. 710
Long Beach, CA 90807

A true and correct copy of the foregoing document entitled: **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 03/05/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee, Nancy Curry:  ecfnc@trustee13.com
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) 03/05/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Vincent Zurzolo
255 E Temple Street, Ste. 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/05/2015 | Denise Sanchez | _(signed)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3015-1.05.MOTION.MODIFY.SUSPEND

**Caroline S. Kim, Esq., State Bar No. 249190**
**Kim Law Group, P.C.**
3711 Long Beach Blvd., Ste. 710
Long Beach, California 90807
Phone No.: (562) 988-5988
Facsimile: (562) 988-5994

**Attorney for Debtors**
Robert Lifson and Toni Lee Black

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| Robert Lifson and Toni Lee Black,<br><br>Debtors. | Case No.: 2:13-28666-VZ<br><br>Chapter 13<br><br>**DEBTORS' DECLARATION IN SUPPORT OF THEIR MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>**(NO HEARING REQUIRED)** |

We, Robert Lifson and Toni Lee Black, hereby declare as follows:

1. We know the following facts to be true from our own personal knowledge, except those facts which are stated on information and belief, and as to those facts we believe them to be true. If called upon to testify as a witness, we could and would competently and truthfully testify to the facts set forth in this Declaration.

3. More proofs of claims were filed after the case was confirmed. Therefore, the plan became infeasible. Chapter 13 Trustee filed "Notice of Intent to Pay Claims" on June 27, 2014, docket number 79. On page 6 of the notice, it states that "PLEASE NOTE THAT THE PLAN AS PRESENTLY CONSTITUTED, WILL N OT PAY OUT WITHIN THE TIME PROPOSED. Therefore, our plan was modified in and it was granted on December 18, 2014. The Modification proposed to pay 2% to the general unsecured creditors.

4. On February 17, 2015, IRS filed amended Claim 3 filed for 2013 tax liability in the amount of $15,244.00. Marked and attached is a true and accurate copy of Claim 3 herein incorporated as Exhibit "1."

5. We are currently paying $1600.00 a month to our Chapter 13 Plan. The plan payment will go up by $410.00 a month to provide for the IRS 2013 Claim, Claim 3. We are requesting Court to modify our plan to include 2013 federal tax liability to be paid out during the remainder of the plan. The percentage to the general unsecured creditors will not change.

6. Once the Court grants our modification, the plan will be as follows:

Months 1-16, $1,350.00 a month; months 17-19, $1,600.00 a month; months 20-60 $2,010.00 a month. Months 20 will be March 2015.

7. We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. We executed this declaration on 4th day March of 2015 in Los Angeles County, California.

_____
Robert Lifson

_____
Toni Lee Black

# EXHIBIT 1

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br><br>TONI LEE BLACK & ROBERT LIFSON | Case Number:<br><br>2:13-BK-28666-VZ | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent:<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346<br><br>Telephone number: 1-800-973-0424     email:          Creditor Number: 34169995 | ■ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____ 3<br>(If known)<br><br>Filed on: ____09/23/2013____ |
| Name and address where payment should be sent (if different from above):<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317<br><br><br><br>Telephone Number: 1-800-973-0424     email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**     $ 74,150.42

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** ____Taxes____
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br><br>____See Attachment____ | 3a. Debtor may have scheduled account as:<br><br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:     ■ Real Estate   ■ Motor Vehicle   ■ Other
Describe:  *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321

Value of Property:$_____

Annual Interest Rate  3 %     ☐ fixed   or   ■ variable
(when case was filed)

Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:

$ 13,563.00

Basis for perfection: ____See Attachment____

Amount of Secured Claim: $ 13,563.00

Amount Unsecured:     $ 13,492.09

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan -11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ 47,095.33

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (4/13)    2

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: A BOEHMKE
Title:    Bankruptcy Specialist
Company:    Internal Revenue Service      /s/ A BOEHMKE      02/13/2015
                                    (Signature)             (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
400 W Bay Street
M/S 5730
Jacksonville, FL 32202

Telephone number: (904) 665-0855      Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form 10 Attachment

In the Matter of: TONI LEE BLACK & ROBERT LIFSON
164 NORTH CARSON ROAD
BEVERLY HILLS, CA 90211

Case Number
2:13-BK-28666-VZ

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
07/23/2013

Amendment No. 1 to Proof of Claim dated 09/23/2013.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

This Claim Is Filed Pursuant To 11 U.S.C. Section 1305(a)

**Secured Claims** (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-6835 | INCOME | 12/31/2005 | 11/20/2006 | $3,445.92 | $2,097.73 | $3,813.51 | 03/29/2010 | KERN COUNTY |
| XXX-XX-6835 | INCOME | 12/31/2006 | 11/05/2007 | $4,205.84 | $0.00 | $0.00 | 03/29/2010 | KERN COUNTY |
| | | | | $7,651.76 | $2,097.73 | $3,813.51 | | |

Total Amount of Secured Claims: **$13,563.00**

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-6835 | INCOME | 12/31/2009 | 12/06/2010 | $7,168.87 | $899.59 |
| XXX-XX-6835 | INCOME | 12/31/2010 | 11/21/2011 | $10,369.00 | $782.31 |
| XXX-XX-6835 | INCOME | 12/31/2011 | 08/13/2012 | $8,686.00 | $337.13 |
| XXX-XX-6835 | INCOME | 12/31/2012 | 09/09/2013 | $3,580.00 | $29.25 |
| XXX-XX-6835 | INCOME | 12/31/2013 | 1 Section 1305 | $14,862.00 | $381.18 |
| | | | | $44,665.87 | $2,429.46 |

Total Amount of Unsecured Priority Claims: **$47,095.33**

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-6835 | INCOME | 12/31/2006 | 11/05/2007 | $591.47 | $1,557.66 |
| XXX-XX-6835 | INCOME | 12/31/2007 | 11/03/2008 | $5,481.00 | $1,265.69 |
| | | | | $6,072.47 | $2,823.35 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $3,020.87
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $1,575.40

Total Amount of Unsecured General Claims: **$13,492.09**

1 This claim is being filed under the authority of Title 11 USC section 1305.

Page 1 of 1

1872

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 2:13-BK-28666-VZ | Lien Recorded      : 03/29/2010 - 12:12PM<br>Recording Number: 0210040877<br>UCC Number        :<br>Liber             :<br>Page              : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 636046910 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
   ROBERT I LIFSON AND TONI L BLACK

Residence:
   5148 FRAZIER MOUNTAIN PARK RD
   FRAZIER PARK, CA 93225

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-6835 | 11/20/2006 | 12/20/2016 | $4,791.59 |
| 1040 | 12/31/2006 | XXX-XX-6835 | 11/05/2007 | 12/05/2017 | $5,405.66 |
| 1040 | 12/31/2007 | XXX-XX-6835 | 11/03/2008 | 12/03/2018 | $6,121.49 |

| Filed at: COUNTY RECORDER<br>           KERN COUNTY<br>           BAKERSFIELD, CA 93301 | Total | $16,318.74 |
|---|---|---|

This notice was prepared and executed at OAKLAND, CA
on this, the 18th day of March, 2010.

| Authorizing Official:<br>DONALD R PEATTIE | Title:<br>REVENUE OFFICER    27-99-6851 |
|---|---|

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Caroline Kim**<br>**3711 Long Beach Blvd., Ste. 710**<br>**Long Beach, CA 90807**<br>**562-988-5988**<br>California State Bar Number: **249190**<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
| In re:<br>**Robert Lifson**<br>**Toni Lee Black**<br><br>Debtor(s) | CASE NO.:**2:13-bk-28666**<br>CHAPTER 13<br><br>**DECLARATION OF CURRENT/ POST-PETITION INCOME AND EXPENSES** |

Complete this statement by providing the monthly income of the Debtor and the Debtor's spouse **at this time**. The column labeled "Spouse" must be completed in all cases filed by joint Debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE |||
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** || AGE(S): |
| Employment: | DEBTOR || SPOUSE |
| Occupation | **physician** |||
| Name of employer | **Physician, independant contrator** || **on disability** |
| How long employed | **15 years** |||
| Address of employer | |||

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012                               Page 1                          F3015-1.20.DEC.INCOME.EXPENSE

| | | DEBTOR | SPOUSE |
|---|---|---:|---:|
| **INCOME:** | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 9,798.00 | $ 0.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. **SUBTOTAL** | | $ 9,798.00 | $ 0.00 |
| 4. **LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (*specify*): **Medicare** | | $ 0.00 | $ 125.00 |
| **25% anticipated taxes at the end of year** | | $ 2,449.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 2,449.00 | $ 125.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 7,349.00 | $ -125.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the Debtor for the Debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (*Specify*): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (*Specify*): **SS Disability** | | $ 0.00 | $ 1,132.00 |
| | | $ 0.00 | $ 0.00 |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | | $ 0.00 | $ 1,132.00 |
| 15. **MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | | $ 7,349.00 | $ 1,007.00 |
| 16. **COMBINED AVERAGE MONTHLY INCOME** (Combine column totals from line 15) | | $ | 8,356.00 |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2012*  *Page 2*  F3015-1.20.DEC.INCOME.EXPENSE

# EXPENSES

Complete this statement by providing the monthly expenses of the debtor and the debtor's family at **this time**. Recalculate and state any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if this is a joint case and debtor's spouse maintains a separate household. Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,600.00 |
|    a. Are real estate taxes included? | Yes ___ No _X_ | |
|    b. Is property insurance included? | Yes ___ No _X_ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 264.00 |
|    b. Water and sewer | | $ 173.00 |
|    c. Telephone | | $ 0.00 |
|    d. Other **cell phones** | | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 60.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 350.00 |
| 8. Transportation (not including car payments) | | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ 0.00 |
|    b. Life | | $ 0.00 |
|    c. Health | | $ 953.00 |
|    d. Auto | | $ 190.00 |
|    e. Other **term life insuranance (husband)** | | $ 206.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ 0.00 |
|    b. Other | | $ 0.00 |
|    c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 155.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 1,638.00 |

18. MONTHLY EXPENSES (Total lines 1-17)     $ 6,334.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Total monthly income from Line 16, page 2.     $ 8,356.00
   b. Total monthly expenses from Line 18 above     $ 6,334.00
   c. Monthly net income (a. minus b.)     $ 2,022.00

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: **March 4, 2015**     Debtor _____

Date: **March 4, 2015**     Joint Debtor _____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012     Page 3     F3015-1.20.DEC.INCOME.EXPENSE

In re **Robert Lifson / Toni Lee Black**, Debtor(s)    Case No. **2:13-bk-28666**

## DECLARATION OF CURRENT/ POST-PETITION EXPENSES
### Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---|
| continuing education for medical profession | $ 42.00 |
| medical dues (LA medical Association) | $ 104.00 |
| Medical License | $ 52.00 |
| contribution to disabled daughter | $ 1,100.00 |
| gym membership (wife need for her disablity) | $ 20.00 |
| Los Angeles Med Association | $ 104.00 |
| home security | $ 61.00 |
| business expenses | $ 155.00 |
| Total Other Expenditures | $ 1,638.00 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012    Page 4    F3015-1.20.DEC.INCOME.EXPENSE